EDWARD BARTON, Respondent, v. FRANK J. RACE et al., Appellants.—

All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS MAINIERI, Appellant, against WALTER B. MARTIN, as Warden of Clinton Prison, Respondent.—

All concur.